UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

FRESH N'PURE DISTRIBUTORS, INC.,
    Plaintiff,

v.                                              Case No. 11-CV-470

FOREMOST FARMS, USA and
DEAN FOODS COMPANY,
    Defendants.

---

## ORDER

---

Pursuant to the Stipulation of plaintiff Fresh N'Pure Distributors, Inc., and defendant Foremost Farms, USA (Docket No. 64), and in accordance with Fed. R. Civ. P. 41(a)(2),

IT IS HEREBY ORDERED that defendant FOREMOST FARMS, USA is DISMISSED as a party to this action on the merits, with prejudice, and without payment of costs by any party.

Dated at Milwaukee, Wisconsin, this 26th day of June, 2012.

                                                   BY THE COURT:

                                                 */s/ Aaron E. Goodstein*
                                                 AARON E. GOODSTEIN
                                                 United States Magistrate Judge