UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

FRESH N' PURE DISTRIBUTORS, INC.,

    Plaintiff,

v.

FOREMOST FARMS USA AND
DEAN FOODS COMPANY

    Defendants.

Case No. 2:11-CV-470

---

DEAN FOODS OF WISCONSIN, LLC,

    Plaintiff,

v.

FRESH N' PURE DISTRIBUTORS, INC.,

    Defendant.

Case No. 2:11-CV-684

---

## ORDER FOR DISMISSAL

Based on the Stipulation between the parties filed with this court, and subject to Fresh N' Pure's satisfaction of its obligations to Dean Foods Company and Dean Foods of Wisconsin, LLC under the Plan of Reorganization approved by the Court in Case no. 12-44450 in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division,

IT IS HEREBY ORDERED THAT the above-captioned actions are dismissed on their merits, with prejudice and without costs or fees to either party.

Dated at Milwaukee, Wisconsin this 23rd day of April, 2014.

AARON E. GOODSTEIN
U.S. Magistrate Judge